CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
JOMA R. JONES (State Bar No. 203677)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300
Email:       cmellema@sonnenschein.com
             jbutler@sonnenschein.com
             jjones@sonnenschein.com.

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
FULLER-LOGAN INSURANCE AGENCY


RALPH A. LOMBARDI (State Bar No. 048217)
LORI A. SEBRANSKY (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3441
Telephone:  (510) 433-2600
Facsimile:   (510) 433-2699
Email:       ral@llcllp.com
             las@llcllp.com

Attorneys for Plaintiff
RODNEY JESSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/15/07*

| | |
|---|---|
| RODNEY JESSEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>FULLER-LOGAN INSURANCE AGENCY, ALLSTATE INSURANCE COMPANY, DOES 1 through 50, inclusive,<br><br>        Defendants. | No. C 07 00844 RMW<br><br>**STIPULATION AND ORDER TO DEFER CASE MANAGEMENT CONFERENCE AND DATE FOR INITIAL DISCLOSURES** |

-1-

The parties to this action, by and through their respective counsel, stipulate as follows:

1. This matter is currently set for an Initial Case Management Conference on May 18, 2007 at 10:30 a.m. before Judge Trumbull. The parties' Initial Disclosures (pursuant to Rule 26) are currently due on May 9, 2007.

2. Defendant Fuller-Logan has filed a motion to dismiss and alternatively for summary judgment, which was heard by the Court on May 4, 2007. That motion has been taken under submission.

3. The outcome of that motion will determine whether this action remains in federal court, or is remanded back to state court.

4. All parties wish to minimize to the extent possible fees and costs, and to avoid the preparation of documents and the making of appearances which may be rendered moot by the motion to dismiss.

5. Therefore, and in consideration of the foregoing, the parties jointly request that the Court reschedule the May 16, 2007 Initial Case Management Conference for 30 days, and extend the parties' time to submit their Initial Disclosures (pursuant to Rule 26) to 7 days before the continued Initial Case Management Conference date.

Dated: May 9, 2007

Respectfully Submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By_____/s/_____
JEFFRY BUTLER

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY AND
FULLER-LOGAN INSURANCE AGENCY

30596-35456 LAS 537280.1

1  Dated: May 9, 2007                    Respectfully Submitted,

2                                        LOMBARDI LOPER & CONANT LLP

3                                        By _____/s/_____
                                              RALPH A. LOMBARDI
4
                                         Attorneys for Plaintiff
5                                        RODNEY JESSEN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                         -3-
28                                       STIPULATION/ORDER DEFERRING CMC
                                         CASE NO. C 07 00844 RMW

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

30596-35456 LAS 537280.1

## ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference presently set for May 16, 2007 at 2:30 p.m. is continued to June 15, 2007 at 10:30 .m.

IT IS FURTHER ORDERED that the parties' Initial Disclosures pursuant to Rule 26 shall be served not later than June 1, 2007.

DATED: May 15, 2007

*Ronald M. Whyte*

HON. RONALD M. WHYTE
JUDGE OF THE DISTRICT COURT

-4-

STIPULATION/ORDER DEFERRING CMC
CASE NO. C 07 00844 RMW

30596-35456 LAS 537280.1