CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
JOMA R. JONES (State Bar No. 203677)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: cmellema@sonnenschein.com
jbutler@sonnenschein.com
jjones@sonnenschein.com.

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
FULLER-LOGAN INSURANCE AGENCY


RALPH A. LOMBARDI (State Bar No. 048217)
LORI A. SEBRANSKY (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3441
Telephone: (510) 433-2600
Facsimile: (510) 433-2699
Email: ral@llcllp.com
las@llcllp.com

Attorneys for Plaintiff
RODNEY JESSEN

***E-FILED - 6/12/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSEN,<br><br>   Plaintiff,<br><br>   vs.<br><br>FULLER-LOGAN INSURANCE AGENCY, ALLSTATE INSURANCE COMPANY, DOES 1 through 50, inclusive,<br><br>   Defendants. | No. C 07 00844 RMW<br><br>**SECOND STIPULATION AND ORDER TO DEFER CASE MANAGEMENT CONFERENCE** |

-1-
SECOND STIPULATION/ORDER DEFERRING CMC
CASE NO. C 07 00844 RMW

30596-35456 LAS 538487.1

The parties to this action, by and through their respective counsel, stipulate as follows:

1. This matter is currently set for an Initial Case Management Conference on June 15, 2007 at 10:30 a.m. before Judge Whyte.

2. Defendant Fuller-Logan filed a motion to dismiss and alternatively for summary judgment, which was heard by the Court on May 4, 2007. On May 29, 2007, the Court issued its Corrected Order denying Fuller-Logan's motion to dismiss, and continuing its alternative motion for summary judgment so that discovery on several issues could be conducted. By that Order, plaintiff Jessen must conduct discovery and file his supplemental opposition to Fuller-Logan's summary judgment motion by July 6, 2007; defendant Fuller-Logan must file its supplemental reply by July 13, 2007.

3. All parties wish to minimize to the extent possible fees and costs, and to avoid the preparation of documents and the making of appearances which may be rendered moot by the motion to dismiss.

4. Therefore, in consideration of the foregoing, the parties jointly request that the Court reschedule the June 15, 2007 Initial Case Management Conference for 30 days from July 13, 2007 (the date defendant's reply brief must be filed), to allow the Court time to consider and rule on the pending motion for summary judgment.

Dated: June 7, 2007                     Respectfully Submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/_____
                JEFFRY BUTLER

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY AND
FULLER-LOGAN INSURANCE AGENCY

30596-35456 LAS 538487.1

-2-
SECOND STIPULATION/ORDER DEFERRING CMC
CASE NO. C 07 00844 RMW

| | | |
|---|---|---|
| 1 | Dated: June 7, 2007 | Respectfully Submitted, |
| 2 | | LOMBARDI LOPER & CONANT LLP |
| 3 | | By _____/s/_____ |
| | | RALPH A. LOMBARDI |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>RODNEY JESSEN |

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-3-
SECOND STIPULATION/ORDER DEFERRING CMC
CASE NO. C 07 00844 RMW

30596-35456 LAS 538487.1

ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference presently set for June 15, 2007 at 10:30 a.m. is continued to  July 13 , 2007 at 10:30 a.m.

DATED: 6/12/07

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
JUDGE OF THE DISTRICT COURT

27269456\V-1

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000