RALPH A. LOMBARDI, State Bar No. 048217
ral@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Plaintiff
RODNEY JESSEN

*E-FILED - 7/12/07*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RODNEY JESSEN,

Plaintiff,

v.

FULLER-LOGAN INSURANCE AGENCY, ALLSTATE INSURANCE COMPANY, DOES 1 through 50, inclusive,

Defendants.

Case No. C07-00844 ~~xxx~~ RMW

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff RODNEY JESSEN, by and through his attorneys of record, and defendants FULLER-LOGAN INSURANCE AGENCY and ALLSTATE INSURANCE COMPANY, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

DATED: July 5, 2007

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Plaintiff

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

DATED: July 5, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By: :_______/s/ Jeffry Butler____________________
JEFFREY BUTLER
Attorneys for Defendants

**ORDER DISMISSING ACTION WITH PREJUDICE**

The court having read and considered the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

DATED: 7/12__________________, 2007

Ronald M. Whyte
JUDGE OF THE DISTRICT COURT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541